# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREA LAUGHTON**    : | **CIVIL ACTION** |
| *Plaintiff*                      : | |
|                                        : | **NO. 15-6622** |
| v.                                  : | |
|                                        : | |
| **BEST LEGAL SERVICES, INC.**   : | |
| *Defendant*                  : | |

# O R D E R

**AND NOW**, this 6th day of February 2017, upon consideration of Defendant's *third motion for sanctions*, [ECF 38], and in light of the repeated failure of Plaintiff Andrea Laughton ("Plaintiff") to comply with this Court's previous Orders, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's claims are **DISMISSED** for failure to prosecute. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*